UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ANN BURTON,

                              Plaintiff,

               -against-

THE CITY OF NEW YORK; DEPARTMENT OF
HEALTH (DOH); NEW YORK POLICE DEPT
(NYPD); OFFICERS CRILLY # 27276, VEGA
#14345 and THE DEPARTMENT OF
ENVIRONMENTAL PROTECTION (DEP),

                              Defendants.
-------------------------------------------------------------------x

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 16 2011

**BROOKLYN OFFICE**

**CIVIL JUDGMENT**

11-CV-5345 (SLT)(LB)

        Pursuant to the order issued November _15_, 2011, by the Honorable Sandra L. Townes,

United States District Judge, dismissing this complaint, it is,

        **ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed

pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3)

that any appeal would not be taken in good faith and, therefore, *in forma pauperis* status is

denied for purpose of an appeal.

                                        /SANDRA L. TOWNES
                                        United States District Judge

Dated: November _15_, 2011
       Brooklyn, New York