UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ANN BURTON,

                Plaintiff,

    -against-

THE CITY OF NEW YORK; DEPARTMENT OF
HEALTH (DOH); NEW YORK POLICE DEPT
(NYPD); OFFICERS CRILLY # 27276, VEGA
#14345 and THE DEPARTMENT OF
ENVIRONMENTAL PROTECTION (DEP),

                Defendants.
-----------------------------------------------------------x

**CIVIL JUDGMENT**

11-CV-5345 (SLT)(LB)

Pursuant to the order issued November _15_, 2011, by the Honorable Sandra L. Townes, United States District Judge, dismissing this complaint, it is,

**ORDERED, ADJUDGED AND DECREED**: That the complaint is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and, therefore, *in forma pauperis* status is denied for purpose of an appeal.

                          /SANDRA L. TOWNES
                          United States District Judge

Dated: November _15_, 2011
       Brooklyn, New York